THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BEN AMI FREIER, Appellant. [644 NYS2d 306]

We find that the defendant did not receive the effective assistance of counsel and therefore the judgment must be reversed *(see, People v Satterfield,* 66 NY2d 796; *People v Baldi,* 54 NY2d 137).

Furthermore, the court's failure to give a limiting instruction concerning the defendant's prior arrest, coupled with the court's failure to instruct the jury that the testimony of a police officer is entitled to no greater weight than the testimony of an ordinary citizen, warrant reversal *(see, People v Guzman,* 146 AD2d 799). Balletta, J. P., Santucci, Krausman and Florio, JJ., concur.